912

No. 78–894. IRVIN ET AL. *v.* GREENSBORO-HIGH POINT AIRPORT AUTHORITY. Ct. App. N. C. Certiorari denied. ■

No. 78–899. McCOLLUM ET AL. *v.* STAHL, SHERIFF. C. A. 4th Cir. Certiorari denied.

No. 78–900. PAYNE *v.* OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 78–903. EATON, DBA EATON CONSTRUCTION *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA (NATIONAL STEEL PRODUCTS Co., REAL PARTY IN INTEREST). C. A. 9th Cir. Certiorari denied.

No. 78–909. CITY OF CINCINNATI, OHIO *v.* PUBLIC UTILITIES COMMISSION OF OHIO ET AL. Sup. Ct. Ohio. Certiorari denied. ■

No. 78–912. OSKOUI *v.* UNIVERSITY OF PITTSBURGH ET AL. C. A. 3d Cir. Certiorari denied. ■

No. 78–914. BARRETT *v.* STATE MUTUAL LIFE ASSURANCE Co. Ct. App. N. Y. Certiorari denied.

No. 78–916. OCEAN DRILLING & EXPLORATION Co. *v.* QUALITY EQUIPMENT, INC. C. A. 5th Cir. Certiorari denied.

No. 78–920. GENERAL CRUDE OIL Co. *v.* DEPARTMENT OF ENERGY ET AL. Temp. Emerg. Ct. App. Certiorari denied.

No. 78–923. INSURANCE COMPANY OF NORTH AMERICA *v.* INDEX FUND, INC. C. A. 2d Cir. Certiorari denied. ■